UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lakeshia S Reynolds<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-26345<br><br>Chapter:  13<br>Honorable Timothy Barnes |

**ORDER MODIFYING THE PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS SO ORDERED:

1. The Debtor is allowed to keep all of the 2018 tax refund and the turnover requirement for 2018 is waived.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 11, 2019

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600